### 12926.  DAVIS, agent, *v.* McMILLIAN.

JENKINS, P. J. It appearing from the remittitur and the opinion of the Supreme Court that the judgment of this court rendered in this case (28 *Ga. App.* 689, 112 S. E. 913) has been reversed, the former judgment of this court is vacated, and, in accordance with the ruling of the Supreme Court, the judgment of the court below is reversed because the court erred in not sustaining the general demurrer to the petition 154 *Ga.* 803 (115 S. E. 494).

*Judgment reversed. Stephens and Bell, JJ., concur.*
DECIDED FEBRUARY 7, 1923.

Action for damages; from city court of Atlanta — Judge Reid. August 24, 1921.

*Randolph & Parker,* for plaintiff in error.

*Hill & Adams,* contra.